UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CR00180 CAS |
| ) | |
| TUAN LE, ) | |
| ) | |
| Defendant. ) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

The Pretrial Services Office having recommended that Defendant be permitted to leave Dismas House and reside with his parents,

**IT IS HEREBY ORDERED** that Defendant Tuan Lee's conditions of release be modified as follows:

1. Defendant shall reside with his parents, Anghia and Ve Le, at 1420 Fairfield Drive, Lincoln, Nebraska 68521, telephone 402-438-5069;

2. Defendant shall be subject to home detention, with electronic monitoring, on a schedule and subject to such conditions deemed advisable by the Pretrial Services Office; and

3. Defendant shall report to Pretrial Services Officer Mindy Bare, United States District Court, 546 Robert V. Denney United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska 68508, telephone 402-437-5759, upon his arrival in Lincoln, Nebraska, for hookup to the electronic monitoring.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 2nd day of May, 2006.